# Exhibit D



444 South Flower Street
Suite 3100
Los Angeles, California 90071

213.623.6546 – Telephone
213.623-6554 – Facsimile

Dariush G. Adli
President
adli@adlilaw.com

October 11, 2016

**PERSONAL AND CONFIDENTIAL**

**BY FEDEX**

Attn: Legal Department
Jobar International, Inc.
21022 Figueroa St.,
Carson, CA 90745

     *Re:    Patent Infringement*

Dear Sir or Madam.:

    Our law firm, ADLI Law Group, P.C., represents Janibell, Inc. ("JANIBELL") in connection with the subject of this letter. Please direct all future communications concerning this matter to our attention.

    This letter is written to place Jobar International, Inc. ("JOBAR") on notice of its infringement of the following duly registered U.S. design and utility patents, invented, developed and owned by JANIBELL: D567,466, D567,467 and 7,992,742 ("JANIBELL PATENTS").

    It has been brought to our attention that JOBAR is using, selling or importing trash can and refuse receptacle products, which infringe one or more claims of the JANIBELL PATENTS ("INFRINGING ITEMS"). An example of one such INFRINGING ITEM is attached to this letter as Exhibit 1.

    JANIBELL has invested considerable time, effort and resources towards researching, designing, developing, manufacturing and marketing its innovative trash can and refuse receptacle products, and the U.S. Patent and Trademark Office has determined these inventions to be worthy of patent protection. Through its consistent high quality products, JANIBELL has established a world-wide reputation and good will for quality and excellence in the field of trash can and refuse receptacle products.

    As such, JANIBELL cannot permit inferior copies of these patent protected products and designs to enter the marketplace. JANIBELL is vigilant in the protection of its intellectual property rights as well as its hard earned reputation and good will.

<S>

Jobar International, Inc.
October 11, 2016
Page 2



**ADLI**
LAW GROUP

Accordingly, JANIBELL demands that JOBAR take the following steps:

1. Stop sales and distribution of INFRINGING ITEMS;

2. Identify to JANIBELL its present inventory of INFRINGING ITEMS;

3. Identify to JANIBELL the revenue received from sales of INFRINGING ITEMS over the past six years;

4. Disclose name of manufacturer(s)/supplier(s) of the INFRINGING ITEMS;

5. Disclose name of JOBAR's broker/others and disclose inventory of INFRINGING ITEMS in transit or at anyone in supply/distribution chain (i.e. going up or down the chain);

6. Provide JANIBELL with two samples of each INFRINGING ITEM;

7. Consent judgment to validity and infringement of JANIBELL PATENTS; and

8. Obtain JANIBELL approval of any redesigned items.

As you are no doubt well aware, patent infringement constitutes a violation of the law and subjects JOBAR to lawsuits for an injunction, damages, profits, potential attorney's fees, and such other relief as courts of competent jurisdiction deem appropriate.

We request your written response to this letter no later than  Tuesday October 18, 2016. Unless we hear from you by this date, JANIBELL will be forced to consider other avenues of recourse.

                                          Sincerely,

                                          Dr. Dariush G. Adli, Ph.D., Esq.
                                          President
                                          Adli Law Group P.C.

</S>

# EXHIBIT 1



Search  Cart   Shop

### Incontinence

Hover over image to Zoom or Click to Enlarge

 

## Incontinence Disposal Pail

☆☆☆☆☆ **0.0** Be the first to Write a Review

| Overview |
| --- |
| This incontinence disposal pail is a discreet, odor-free solution for disposing of incontinence products. Covered trash can features a spring-loaded "trap door" design that prevents odors from spreading and keeps products out of sight. Step-and-drop design allows hands-free use for hygienic disposal, and the scratch-resistant ABS plastic can be cleaned with bleach. No assembly required. Our long, continuous refill liner (sold separately) allows you to empty your disposal pail as frequently as you like. Easy-to use adult diaper bin is available in 2 sizes to fit any space.<br>• Small: 9 1/4"L x 10 1/4"W x 18 3/4"H, weighs 5 1/2 lbs., 4.22-gallon capacity, holds up to 7 XL adult diapers.<br>• Large: 9 1/4"L x 13 1/4"W x 21 3/4"H, weighs 7 lbs., 6.6-gallon capacity, holds up to 12 XL adult diapers. |

357640

LG ▼

Qty. 1

**$54.99**

SM is not available at this time.LG is expected to be in stock on 11/24/2016

**ADD TO CART**

Share: 

**FAQs / Contact Us**

**1-855-202-7391**

©2016 Easy Comforts

10/11/2016 North American Health & Wellness Incontinence Disposal System | Incontinence Accessories Incontinence | SimplyMedical.com | Medical Suppli…

Case 2:16-cv-08163-JAK-AS Document 1-4 Filed 11/02/16 Page 6 of 12 Page ID #:57



FREE SHIPPING on all orders over $50. FREE RETURNS on all orders.

A A **A**

SEARCH: [          ] Go

SHOP OUR PRODUCTS    HELP/FAQS    Sign In MY ACCOUNT    CART (0 items)

Incontinence / Incontinence Accessories / North American Health & Wellness Incontinence Disposal System

# NORTH AMERICAN HEALTH & WELLNESS INCONTINENCE DISPOSAL SYSTEM



Rating: No Reviews

**North American Health & Wellness Incontinence Disposal System**
by Jobar International | Mfg #JB7732L

- Inconspicuous design
- Includes pre-installed continuous disposal bag
- Refill bags sold in rolls that provide approximately 22 bags (JB7733L)
- Odor resistant ABS plastic
- Hands-free operation
- Easy to use
- Large 25 L capacity - holds up to 12 XL adult diapers

**SIZE**
Selected: None    [Select ▼]

**From $107.60/Case**

ENTER QUANTITY:
[1]  [Select Unit ▼]

**Add to Shopping Cart**

 Item will take a little longer to arrive. Normally ships within 12 - 15 business days.

Share
Add to My Items

## PRODUCT SPECIFICATIONS

### Product Specifications

| | |
|---|---|
| Manufacturer Number | JB7732S<br>JB7732L |
| Manufacturer Name | Jobar International |
| Brand or Series | North American Health & Welness |
| Specifications | 13.15 X 9.25 X 21.63 Inch |
| Size | Small<br>Large |

FSA Prospect: If "FSA Prospect" is noted in the product specifications above, this identifies the product as potentially reimbursable under a typical FSA account plan. Always check your employer's plan document for specifics regarding eligible expenses under your spending account plan. Your employer's plan document has final authority over what constitutes a reimbursable expense.

**CUSTOMER REVIEWS**   What folks are saying about this product.                                 Want to write a review?

Be the first to write a review.



10/11/2016 North American Health & Wellness Incontinence Disposal System | Incontinence Accessories Incontinence | SimplyMedical.com - Medical Suppli…

Case 2:16-cv-08103-JAK-AS   Document 1-4   Filed 11/02/16   Page 7 of 12   Page ID #:58

| SHOP OUR PRODUCTS: | | HELP/FAQ: | GET IN TOUCH: |
|---|---|---|---|
| Apparel | Mobility Aids | Help Overview | Want To Receive Promos? |
| Baby & Youth | Nutritionals | Setting up your account | For Email Newsletters you can trust. |
| Bathroom Aids | Ostomy | Returning an Item | |
| Bedroom Aids | Personal Care | Searching for a product |  |
| Braces & Supports | Physical Therapy | Resources | |
| Diagnostic Products | Therapeutic Cushions | | |
| Gloves | Urinary Supplies | | |
| Health & Medicine | Vitamins & Minerals | | |
| Household | Wound Care | | |
| Incontinence | Clearance | | |

**CONTACT OUR CUSTOMER CARE CENTER:**

We are available to help you in any way possible. Please email us for the opportunity to assist you.

About Us | Contact Us | Terms of Use | Terms of Sale | Privacy Policy | Terms of Return | Copyright

© 2016 SimplyMedical.com All Rights Reserved



amazon Try Prime

Baby

Departments | Your Amazon.com | Today's Deals | Gift Cards & Registry | Sell | Help | Hello. Sign in Your Account | Try Prime | Lists | 0 Cart

Baby | Registry | Feeding | Nursery | Strollers | Car Seats | Activity & Gear | Health & Safety | Diapering | Toys | Clothing | Best Sellers | Sales & Specials

Baby Products › Diapering › Diaper Pails & Refills

# Adult Hygienic Incontinence Disposal Diaper System - Large

from North American Health + Wellness

4 customer reviews | 6 answered questions

Price: ~~$63.23~~
Sale: $54.99 & **FREE Shipping.** FREE Returns. Details
You Save: $8.24 (13%)

In Stock. Sold by Simplified Home Solutions and Fulfilled by Amazon in easy-to-open packaging.

**2 Sizes: Large**

| Small | Large |
|---|---|
| $44.99 | $54.99 |

**Want it Thursday, Oct. 13?** Order within **6 hrs 32 mins** and choose **Two-Day Shipping** at checkout. Details

**Ship to:** LOSANGELES, CA 90001

Yes, I want **FREE Two-Day Shipping** with Amazon Prime

Qty: 1 | Turn on 1-click ordering

Add to Cart

Add to List

Have one to sell? | Sell on Amazon

Share

## About the Product

- Looks like a regular trash can , it goes unnoticed
- Made of odor resistant ABS Plastic
- Opens using foot pedal for hands free operation
- Continuous bag design makes it easy to load, use, empty and clean
- Holds 25 large and 12 x-large adult disposable bags

## Frequently Bought Together

Total price: $79.99

Add both to Cart

Add both to List

- **This item:** Adult Hygienic Incontinence Disposal Diaper System - Large $54.99
- Sofnit 300 Washable Underpad,34x36 in., Pack/4 pink $25.00 ($6.25 / Item)

LEAKMASTER
adult incontinence products

***Breathable, Leakproof & Reusable Adult Diapers.***

**LeakMaster - Adult PUL Waterproof Pants- Comfortable, Quiet and Ef...**

**41**

**$24.95**

Ad feedback

## Customers Who Bought This Item Also Bought

### Amazon Baby Registry

Create, find or manage an Amazon baby registry. Learn more.

Sponsored Products Related To This Item (What's this?)



Wegreeco Adult Cloth Diapers One Size Fit All Ultra Absorbent - Reusable Diaper for…
★★★★★ 4
$22.98 ✓Prime

Ad feedback

Customers Viewing This Page May Be Interested In These Sponsored Links (What's this?)

1. **Incontinence System Products** - Shipping is Free, Fast, & Discreet **Incontinence System** Products in Stock (hdis.com)
2. **Men with Incontinence** - Is **incontinence** managing your life? Take control with the AFEX **system**. (arcusmed.com)
3. **Large Adult Incontinence** - **Incontinent** Supplies at NorthShore. Discount Prices, Discreet Delivery. (northshorecare.com)
4. **NASA Inspired Diapers** - Award Winning Absorbency Inspired Try it Now! Get a Free Sample (wellnessbriefs.com)

Ad feedback

## Special Offers and Product Promotions

Size: **Large**

- Your cost could be **$4.99 instead of $54.99**! Get the **Amazon.com Rewards Visa** card and you'll **automatically get $50.00** off instantly as a gift card. Apply now.

## Product Description

Size: **Large**

Eliminate unpleasant and potentially embarrassing odors! Our hands-free adult incontinence product disposal system makes disposing of incontinence supplies (e.g., adult-sized briefs and pads) simple and hygienic. Seal in odors! Our adult incontinence disposal system traps odors to keep homes and facilities smelling fresh. The elegantly designed pail comes in white and is more discreet than other medical solutions or basic garbage cans, making it a great fit for homes, assisted living facilities or nursing homes. Easy to Use: Quickly and discreetly dispose of incontinence items -- from briefs and pads to bed pads and gloves. Simply step on t base-mounted pedal and drop the items into the opening. Continuous bag design makes it easy to load, use, empty and clean. Holds 25 large and 12 x-large adult disposable bags. Size Small Measures 21.5"H x 13.5" x 9.75". Refill bags sold separately on Amazon

## Product Details

Size: **Large**

**Shipping Weight:** 7.4 pounds (View shipping rates and policies)
**ASIN:** B01GLRNKNY
**UPC:** 840102161809
**Average Customer Review:** ★★★★★ (4 customer reviews)
**Amazon Best Sellers Rank:** #10,498 in Baby (See Top 100 in Baby)
    #109 in Health & Personal Care > Baby & Child Care > Diaper Care > **Diaper Pails & Refills**
**Product Warranty:** For warranty information about this product, please click here

Sponsored Products Related To This Item (What's this?)

Case 2:16-cv-08163-JAK-AS Document 1-4 Filed 11/02/16 Page 10 of 12 Page ID #:61



**Wegreeco Adult Cloth Diapers One Size Fit All Ultra Absorbent - Reusable Diaper for…**
★★★★★ 4
$22.98 ✓Prime

Ad feedback 💬

---

## Customer Questions & Answers

See questions and answers

---

## Customer Reviews

★★★★★ 4
4.8 out of 5 stars ▼

| | | |
|---|---|---|
| 5 star | ▬▬▬▬▬ | 75% |
| 4 star | ▬▬ | 25% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See all 4 customer reviews ▸

**Share your thoughts with other customers**

[ Write a customer review ]



Advertisement

**Search Customer Reviews**
[ 🔍                    ]  [ Search ]

### Top Customer Reviews

★★★★★ **Great Product**
By **LadyPendragon** on August 18, 2016
Size: Small | Verified Purchase

I used a Diaper Genie with my Mom when she before she passed away. It was the only option I found. It worked but was difficult to get the adult briefs into the system designed for a baby diaper. This system works on the same basic premise but handles the bulky adult products much easier. The refill system is not a cartridge but a carefully folded sleeve of plastic that fits over the tube shape receptacle of the Disposal Unit. This is not difficult to install and there is not plastic cartridge to disposal when it is used up. (lower footprint!!)

Comment | 16 people found this helpful. Was this review helpful to you? [ Yes ] [ No ]   Report abuse

★★★★☆ **It is perfect for adult incontinence items**
By **Amazon Customer** on September 19, 2016
Size: Small | Verified Purchase

It is perfect for adult incontinence items. At 92 years old, it is easy to use and dispose. No odor either.

Comment | 4 people found this helpful. Was this review helpful to you? [ Yes ] [ No ]   Report abuse

★★★★★ **Wonderful product**
By **domino21** on September 17, 2016

Size: Large | **Verified Purchase**

Wonderful product. Had trouble finding a receptacle to dispose of adult incontinence pads. This was and is a great solution. No odors! Would definitely recommend this product.

Comment    3 people found this helpful. Was this review helpful to you?   Yes   No    Report abuse

 **Five Stars**

By **Bill The Librarian** on September 15, 2016

Size: Large | **Verified Purchase**

This disposal is completely satisfactory. I have no qualms about recommending it to others.

Comment    4 people found this helpful. Was this review helpful to you?   Yes   No    Report abuse

See all 4 customer reviews (newest first) ›

Write a customer review

## Set up an Amazon Giveaway



Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. Learn more about Amazon Giveaway

**This item:** Adult Hygienic Incontinence Disposal Diaper System - Large

Set up a giveaway

## Customers Who Viewed This Item Also Viewed



Janibell Akord Adult Diaper Pail - Odor Free - Model M330DA

 25

$79.95

 

Ad feedback  

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |

| | | | |
|---|---|---|---|
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | Become an Amazon Vendor | | Help |
| | › See all | | |

# amazon

**Australia**   **Brazil**   **Canada**   **China**   **France**   **Germany**   **India**   **Italy**   **Japan**   **Mexico**   **Netherlands**   **Spain**   **United Kingdom**

| | | | | | |
|---|---|---|---|---|---|
| Amazon Drive<br>Unlimited Cloud Storage<br>From Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business |
| AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Free Digital Educational<br>Resources | Amazon Video Direct<br>Video Distribution<br>Made Easy | Amazon Web Services<br>Scalable Cloud<br>Computing Services |
| Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Casa.com<br>Kitchen, Storage<br>& Everything Home | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy |
| Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities |
| Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools |
| Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content | Woot!<br>Deals and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing |

Conditions of Use     Privacy Notice     Interest-Based Ads   © 1996-2016, Amazon.com, Inc. or its affiliates