UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV16-08163 JAK (ASx) | Date | March 29, 2017 |
|---|---|---|---|
| Title | Janibell, Inc. v. Jobar International, Inc. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER DISMISSING CASE FOR LACK OF PROSECUTION    JS-6

On December 12, 2017, a Stipulation was filed permitting Defendant until December 27, 2016 to file an answer. Dkt. 15. A second Stipulation was filed extending that date to January 12, 2017. Dkt. 16. An Order to Show Cause re Dismissal was filed on January 27, 2017, ordering Plaintiff either to: (i) respond in writing no later than February 10, 2017 as to why the matter should not be dismissed for lack of prosecution; or (ii) file an application for the entry of default as to Defendant Jobar International, Inc. There has been no response filed to the Order to Show Cause, nor has an application been filed as to the named Defendant. Therefore, the Court dismisses the matter for lack of prosecution and failure to follow the Court's Order.

**IT IS SO ORDERED.**

:

Initials of Preparer    ak